IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| United States of America, | |
|---|---|
| Plaintiff(s), | |
| v. | Case No. 13 CR 28 |
| | Judge Sharon Johnson Coleman |
| Brian Chandler, | |
| Defendant(s). | |

## ORDER

Motion hearing held on 4/2/2014. Defendant's emergency motion for order directing production of medical records [37] is granted. The US Marshall and the Kankakee County Sheriff are directed to produce before this Court at Defendant's sentencing on April 4, 2014 a sealed envelope containing all of Defendant's medical records in their custody and control.

Date: 4/2/2014                                    /s/ Sharon Johnson Coleman
                                                  Sharon Johnson Coleman
                                                  United States District Court Judge